UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EVELYN JANE JOHNSON,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

CASE NO. 3:19-cv-05090-BAT

**ORDER GRANTING ATTORNEY FEES AND EXPENSES**

Based upon the stipulation of the parties (Dkt. 14), it is hereby **ORDERED** that attorney fees in amount of $6,115.58 in fees; $10.90 in expenses under 28 U.S.C. 2412(d); and, $400.00 in costs pursuant to 28 U.S.C. § 1920, shall be awarded to Plaintiff. Plaintiff's motion for attorney fees filed on August 25, 2019 (Dkt. 13) is **denied as moot**.

DATED this 6th day of September, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING ATTORNEY FEES AND EXPENSES - 1